Jennifer Rust Murray, WSBA #36983
Blythe H. Chandler, WSBA #43387
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: jmurray@terrellmarshall.com
Email: bchandler@terrellmarshall.com

Attorneys for Plaintiffs and Cross-Defendant

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELAINA REID and JOSHUA REIMEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREHIRED, LLC, MERATAS, INC, JOSHUA JORDAN, and ISA PLUS, LLC,<br><br>Defendants,<br><br>AND RELATED CROSS ACTIONS. | Case No. 2:22-cv-00072-TOR<br><br>**NOTICE OF STIPULATED DISMISSAL OF ISA PLUS, LLC** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Plaintiffs Elaina Reid and Joshua Reiman and Defendant ISA Plus, LLC stipulate to

NOTICE OF STIPULATED DISMISSAL OF ISA PLUS, LLC - 1
Case No. 2:22-cv-00072-TOR

dismissal of claims asserted in this action by Plaintiffs against ISA Plus, LLC with prejudice and without costs or fees to either party. Plaintiffs' claims against Meratas, Inc., Joshua Jordan and PreHired, Inc., are not impacted by this dismissal.

STIPULATED TO AND DATED this 22nd day of May, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | JW HOWARD/ ATTORNEYS, LTD |
|---|---|
| By: /s/ Blythe H. Chandler<br>Jennifer Rust Murray, WSBA #36983<br>Blythe H. Chandler, WSBA #43387<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br>Email: jmurray@terrellmarshall.com<br>Email: bchandler@terrellmarshall.com<br><br>Douglas M. Werman*<br>Maureen A. Salas*<br>WERMAN SALAS P.C.<br>77 W. Washington, Suite 1402<br>Chicago, Illinois 60602<br>Telephone: (312) 419-1008<br>Facsimile: (312) 419-1025<br>Email: dwerman@flsalaw.com<br>Email: msalas@flsalaw.com<br><br>*Attorneys for Plaintiffs and Cross-Defendant* | By: /s/ Andrew G. Nagurney<br>Andrew G. Nagurney*<br>600 West Broadway, Suite 1400<br>San Diego, California 92101<br>Telephone: (619) 234-2842<br>Email: drew@jwhowardattorneys.com<br><br>William D. Marler, WSBA #17233<br>MARLER CLARK, LLP PS<br>1301 2nd Avenue, Suite 2800<br>Seattle, Washington 98101<br>Telephone: (206) 346-1888<br>Facsimile: (206) 346-1898<br>Email: bmarler@marlerclark.com<br><br>*Attorneys for Third-Party Defendant and Cross-Claimant ISA PLUS, LLC* |

*\* Admitted Pro Hac Vice*

NOTICE OF STIPULATED DISMISSAL OF ISA PLUS, LLC - 2
Case No. 2:22-cv-00072-TOR

## CERTIFICATE OF SERVICE

I, Blythe H. Chandler, hereby certify that on May 22, 2023, I caused true and correct copies of the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Maia R. Robbins, WSBA #54451
Todd T. Williams, WSBA #45032
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
Email: mrobbins@corrcronin.com
Email: twilliams@corrcronin.com

*Attorneys for Defendant and Cross Defendant Meratas, Inc.*

Andrew G. Nagurney, *Admitted pro hac vice*
JW HOWARD/ ATTORNEYS, LTD
600 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 234-2842
Email: drew@jwhowardattorneys.com
Email: michelle@jwhowardattorneys.com

William D. Marler, WSBA #17233
MARLER CLARK, LLP PS
1301 2nd Avenue, Suite 2800
Seattle, Washington 98101
Telephone: (206) 346-1888
Facsimile: (206) 346-1898
Email: bmarler@marlerclark.com

*Attorneys for Third-Party Defendant and Cross-Claimant ISA PLUS, LLC*

NOTICE OF STIPULATED DISMISSAL OF ISA PLUS, LLC - 3
Case No. 2:22-cv-00072-TOR

I further certify that on May 16, 2023, I caused true and correct copies of the foregoing to be served via United States Mail, postage prepaid upon the following:

>Joshua Jordan
>1650 Indy Drive
>North Charleston, SC 29405
>
>*Pro Se*

DATED this 22nd day of May, 2023.

By: /s/ Blythe H. Chandler, WSBA #43387
Blythe H. Chandler, WSBA #43387

NOTICE OF STIPULATED DISMISSAL OF ISA PLUS, LLC - 4
Case No. 2:22-cv-00072-TOR