1 | Jennifer Rust Murray, WSBA #36983
  | Blythe H. Chandler, WSBA #43387
2 | TERRELL MARSHALL LAW GROUP PLLC
  | 936 North 34th Street, Suite 300
3 | Seattle, Washington 98103
  | Telephone: (206) 816-6603
4 | Facsimile: (206) 319-5450
  | Email: jmurray@terrellmarshall.com
5 | Email: bchandler@terrellmarshall.com

6 | Attorneys for Plaintiffs and Cross-Defendant

7 | [Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ELAINA REID and JOSHUA REIMEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PREHIRED, LLC, MERATAS, INC, JOSHUA JORDAN, and ISA PLUS, LLC,

Defendants,

AND RELATED CROSS ACTIONS.

Case No. 2:22-cv-00072-TOR

**PLAINTIFFS' NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT MERATAS, INC.**

**CLERK'S ACTION REQUIRED**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Elaina Reid and Joshua Reiman and Defendant Meratas, Inc. dismiss their all claims asserted in this action by Plaintiffs against Meratas, Inc. with prejudice and

PLAINTIFFS' NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT
MERATAS, INC. - 1
Case No. 2:22-cv-00072-TOR

without costs or fees to either party. Defendant Meratas has not answered Plaintiffs' complaint or first amended complaint or filed a motion for summary judgment.

Plaintiffs' claims against Joshua Jordan and PreHired, Inc., are not impacted by this dismissal. The claims of absent members of the proposed class are not impacted by this dismissal as no class has been certified.

DATED this 21st day of June, 2023.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Blythe H. Chandler*
Jennifer Rust Murray, WSBA #36983
Blythe H. Chandler, WSBA #43387
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: jmurray@terrellmarshall.com
Email: bchandler@terrellmarshall.com

Douglas M. Werman*
Maureen A. Salas*
WERMAN SALAS P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008
Facsimile: (312) 419-1025
Email: dwerman@flsalaw.com
Email: msalas@flsalaw.com

*Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT
MERATAS, INC. - 2
Case No. 2:22-cv-00072-TOR

CERTIFICATE OF SERVICE

I, Blythe H. Chandler, hereby certify that on June 21, 2023, I caused true and correct copies of the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew G. Nagurney, *Admitted pro hac vice*
JW HOWARD/ ATTORNEYS, LTD
600 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 234-2842
Email: drew@jwhowardattorneys.com
Email: michelle@jwhowardattorneys.com

William D. Marler, WSBA #17233
MARLER CLARK, LLP PS
1301 2nd Avenue, Suite 2800
Seattle, Washington 98101
Telephone: (206) 346-1888
Facsimile: (206) 346-1898
Email: bmarler@marlerclark.com

*Attorneys for Third-Party Defendant and Cross-Claimant ISA PLUS, LLC*

Joshua Jordan
1650 Indy Drive
North Charleston, SC 29405
Email: joshlegalstuff@gmail.com

*Pro Se*

PLAINTIFFS' NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT MERATAS, INC. - 3
Case No. 2:22-cv-00072-TOR

I further certify that on June 21, 2023, I caused true and correct copies of the foregoing to be served via Electronic Mail upon the following:

> Joshua Jordan
> 1650 Indy Drive
> North Charleston, SC 29405
> Email: joshlegalstuff@gmail.com
>
> *Pro Se*
>
> Harris Bogner
> Compliance Officer
> Email: harris@meratas.com
>
> *Contact for Meratas, Inc.*

DATED this 21st day of June, 2023.

By: /s/ Blythe H. Chandler, WSBA #43387
Blythe H. Chandler, WSBA #43387
