UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELAINA REID and JOSHUA REIMEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREHIRED, LLC; MERATAS INC.; JOSHUA JORDAN; and ISA PLUS, LLC,<br><br>Defendants,<br><br>AND RELATED CROSS ACTIONS. | NO. 2:22-CV-0072-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiffs' Motion to Dismiss without Prejudice Claims Against Prehired, LLC and Joshua Jordan. ECF No. 84. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, the completed briefing, and is fully informed. For the reasons discussed below, Plaintiff's Motion is **granted**.

ORDER OF DISMISSAL ~ 1

1       On April 7, 2023, ISA Plus, LLC voluntarily dismissed its crossclaim for

2  interpleader against Prehired, LLC, and Joshua Jordan.  ECF No. 75 at 2.

3       On April 7, 2023, Cross/Defendants Meratas, Inc. and Elaina Reid and ISA

4  Plus, LLC stipulated to the dismissal of ISA Plus, LLC's Crossclaim for

5  Interpleader against Meratas, Inc. and Elaina Reid individually and on behalf of all

6  others similarly situated with prejudice.  ECF No. 75 at 2.

7       On May 22, 2023, Plaintiffs Elaina Reid and Joshua Reimen and Defendant

8  ISA Plus, LLC stipulated to the dismissal of claims asserted in this action by

9  Plaintiffs against ISA Plus, LLC with prejudice and without costs or fees to either

10  party.  ECF No. 81.

11      On June 21, 2023, Plaintiffs Elaina Reid and Joshua Reiman and Defendant

12  Meratas, Inc. dismissed their claims asserted in this action by Plaintiffs against

13  Meratas, Inc. with prejudice and without costs or fees to either party.  ECF No. 83.

14      Plaintiffs now move for dismissal without prejudice of their claims against

15  Prehired, LLC and Joshua Jordan.  ECF No. 84. Plaintiffs represent that they have

16  resolved their individual claims against Meratas and ISA Plus and now seek to end

17  the litigation.  *Id*. at 5.

18      No party has opposed Plaintiffs' motion for dismissal without prejudice.  For

19  good cause shown, Plaintiffs' motion for dismissal without prejudice against

20  Prehired, LLC and Joshua Jordan is granted.  No other claims remain pending.

ORDER OF DISMISSAL ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Dismiss without Prejudice Claims Against Prehired, LLC and Joshua Jordan, ECF No. 84, is **GRANTED**.

2. Because all claims have been resolved, all deadlines, hearings and trial are hereby **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to the parties, and **CLOSE** the file.

DATED July 27, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 3