# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2023

SEAN F. McAVOY, CLERK

ELAINA REID and JOSHUA REIMEN,
individually and on behalf of all others similarly situated,
 *Plaintiff*
 v.
PREHIRED, LLC; MERATAS INC.; JOSHUA JORDAN
and ISA PLUS, LLC, and
RELATED CROSS ACTIONS,
 *Defendant*

Civil Action No.  2:22-CV-0072-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiffs' Motion to Dismiss without Prejudice Claims Against Prehired, LLC and Joshua Jordan, ECF No. 84, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE
on Plaintiffs' Motion to Dismiss without Prejudice Claims Against Prehired, LLC and Joshua Jordan, ECF No. 84.

Date:  July 27, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry